**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____    Chapter    11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mosaic Management Group, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 65-1075230 |

| 4. | Debtor's address | **Principal place of business**<br><br>**1700 N.W. 2nd Avenue, Suite 100**<br>**Boca Raton, FL 33432**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | www.mosaic-grp.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Mosaic Management Group, Inc.**    Case number (*if known*) _____
        Name

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
    Contact name  _____
    Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  __Mosaic Management Group, Inc.__                                  Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __8 / 4 / 2016__
             MM / DD / YYYY

X __/s/ Thomas R__                                    **Charles Thomas Ryals**
Signature of authorized representative of debtor       Printed name

Title  **President and Chief Executive Officer**

**18. Signature of attorney**

X __/s/ Leslie Cloyd__                                Date  __8/4/2016__
Signature of attorney for debtor                              MM / DD / YYYY

**Leslie Gern Cloyd**
Printed name

**Berger Singerman LLP**
Firm name

**One Town Center Road
Suite 301
Boca Raton, FL 33486**
Number, Street, City, State & ZIP Code

Contact phone  **561-241-9500**       Email address  **lcloyd@bergersingerman.com**

**303305**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor  **Mosaic Management Group, Inc.**　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number (*if known*) _____  Chapter  **11** |

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Mosaic Alternative Assets Ltd.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **8/04/16** | Case number, if known | **Not Yet Known** |
| Debtor | **Paladin Settlements, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **8/04/16** | Case number, if known | **Not Yet Known** |

## CORPORATE RESOLUTION

On this 1st day of August 2016, the Board of Directors (the "Board") of Mosaic Management Group, Inc., a Nevada corporation, having convened a meeting, upon proper notice, or pursuant to applicable corporate law, the following was resolved and approved:

1. On August 1, 2016, the Board authorized and ratified the decision of management of Mosaic Management Group, Inc. (the "Company") to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on behalf of the Company (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Florida (the "Court") and to execute and deliver any and all documents required by, or necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents);

2. The Board further elected to employ the law firm of Berger Singerman LLP as bankruptcy counsel for the Company;

3. The Board further authorized the President and Chief Executive Officer of the Company to prepare and execute (i) all Chapter 11 Documents; (ii) all documents, certificates and instruments required by, referenced or described in, or related to, the Chapter 11 Case, and (iii) letters of engagement with Berger Singerman LLP;

4. The Board further authorized the President and Chief Executive Officer of the Company to execute and deliver the Chapter 11 Documents in the name and on behalf of the Company, or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the payment of any consideration, and (iii) the payment of expenses and taxes, as the

7277645-1

President and Chief Executive Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that the President and Chief Executive Officer deemed the same to be necessary, appropriate or advisable) in order to commence and administer the Chapter 11 Case, and all acts of the President and Chief Executive Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects; and

5. The Board further authorized and directed the President and Chief Executive Officer, and counsel for the Company to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise, and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to carry out the intent and accomplish the purpose of each of the foregoing resolutions.

Dated this 4th day of August 2016.

MOSAIC MANAGEMENT GROUP, INC.
1700 N.W. 2nd Avenue, Suite 100
Boca Raton, FL 33432

By: _____
Charles Thomas Ryals,
President and Chief Executive Officer

7277645-1