★★★

# FILE THIS BALLOT ON OR BEFORE MAY 24, 2017, AT 5:00P.M., PREVAILING EASTERN TIME with:

Clerk of the Bankruptcy Court, 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

★★★

If your Ballot is not received by the Clerk of the Bankruptcy Court on or before the above-stated Voting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. If you have more than one type of claim against any of the Debtors, separate Ballots must be filed and you should receive a ballot of each type of claim eligible to vote. Contact the Plan Proponents regarding incorrect or insufficient ballots.

**Voting Classification and Amount.** You are the holder of a Class 3 Claim (General Unsecured Claim) against the Debtor or Debtors set forth below in the following aggregate amount:

Creditor Name: Oscar Alfredo Camara y Gabriel Graciosi

Amount: $42,879.24

Item 1. Vote. On behalf of above listed Class 3 Claim, you vote to:

    Check One Box:    ☒ Accept the Plan

                                 ☐ Reject the Plan

Item 2. **If you voted to Reject the Plan, leave Item 2 blank and proceed to Item 3. If you Voted to Accept the Plan, select one of the following Elections Available Under the Plan:**

    a. You may make only <u>one</u> of the following Elections by checking the box next to the Election that you make. If you make more than one Election or if your Election is unclear, then you shall be deemed to have elected Option 1 (Investment Trust Election). Please review the Plan and Disclosure Statement with respect to the following Election Options.

    b. **IF YOU DO NOT MAKE AN ELECTION**: If you do not timely submit this Ballot indicating your Election, of if your Ballot does not bear a valid signature, or if you do not make one of the following Elections, or if you voted to Reject the Plan, you shall be deemed to have selected Option 1 (Investment Trust Election).

    c. If you are not eligible to make Option 2 (the Cash-Out Election) or Option 3 (the Hybrid Election) pursuant to Article 5.3 of the Plan and you choose one of those Options, you shall be deemed to have selected Option 1 (the Investment Trust Election).

    d. Each of the following Elections are set forth and described in Article 5.3 of the Plan. The Plan Proponents recommend that you carefully review each Election. You may wish to seek legal advice concerning the following Elections made available under the Plan.

> [☒] I elect Option 1 (the Investment Trust Election). I wish to participate in the Investment Trust as described in the Plan.
>
> [☐] I elect Option 2 (the Cash-Out Election). I wish to receive a onetime distribution of 12.5% of my Claim and will not participate in the Investment Trust.
>
> [☐] I elect Option 3 (the Hybrid Election). I wish to have my claim divided into two equal parts. For one part, I will receive a onetime distribution of 12.5% of half of my Claim and will not participate in the Investment Trust. For the other part, I will participate in the Investment Trust as described in the Plan.

*[The Remainder of this Page is Intentionally Left Blank; Please Proceed to the Next Page]*

Item 3.  **Acknowledgement and Certification.** By returning this Ballot, I certify that (a) this Ballot is the only Ballot submitted for the Class 3 General Unsecured Claim identified in Item 1 above, (b) I have full power and authority to vote to accept or reject the Plan for the Class 3 General Unsecured Claim identified in Item 1, (c) I was the holder of the Class 3 General Unsecured Claim identified in Item 1 as of **April 28, 2017 at 5:00 p.m.** (prevailing Eastern Time) and (d) I have received a copy of the Disclosure Statement (including the exhibits thereto) and understand that the solicitation of votes for the Plan is subject to all of the terms and conditions set forth in the Disclosure Statement and Plan.

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

PLEASE COMPLETE EACH LINE AND WRITE LEGIBLY:

Name of Creditor: GABRIEL GRACIOSI
                  OSCAR ALFREDO CAMARA

Social Security, Federal Tax ID No.: _____

Signature: [signatures]

Title: _____
(If Appropriate)

Street Address: INDALECIO CHENAUT 1781 PISO 11 "A"
                (1426) BUENOS AIRES
                ARGENTINA

Telephone Number: +5411 53383051

E-mail Address: graciosig@gmail.com
                OSCARALfredo@gmail.com

Date Completed: MAY 29, 2017

*[The Remainder of this Page is Intentionally Left Blank; Please Proceed to the Next Page]*

Item 4.  **Confirmation of address for distributions, communications.**

Please check only one box under A. and one box under B.

A.  Choose Only One:

   [X]  Please send all monetary distributions to me at the address above.

   or

   [ ]  Please send all monetary distributions to me to the address noted on my Proof of Claim for distributions.

B.  Choose Only one:

   [X]  I agree to accept all future communications and documents by email only at the address above. I no longer wish to receive documents and communications by mail. I prefer that the Bankruptcy Estate and Liquidating Trust save the costs of sending paper documents to me and instead use email to send me all future communications and documents. .

   or

   [ ]  Although service of communications and documents by mail may take longer and cost more, I do not agree to accept communications by email only. Please use my Street Address listed above as my address for all future communications and documents.

   or

   [ ]  Although service of communications and documents by mail may take longer and cost more, I do not agree to accept communications by email only. Please use the mailing address for notices set forth in my Proof of Claim as my address for all future communications and documents.

This Ballot shall not constitute or be deemed a Proof of Claim or Equity Interest, an assertion of a Claim or Equity Interest, or the allowance of a Claim or Equity Interest.